IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH S. DURAN, III.,

    Petitioner,       No. 2:13-cv-0671 CKD P

   vs.

UNKNOWN,

    Respondent.      ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of certiorari in which he challenges a decision by the California Supreme Court upholding his criminal conviction and sentence. (Dkt. No. 2.) He has also filed a motion to proceed in forma pauperis with his petition for certiorari. (Dkt. No. 3.) Although apparently intended for the Supreme Court of the United States, both filings are in this district.

    A petition for writ of certiorari is properly filed in the Supreme Court of the United States. See Rules of the Supreme Court of the United States, Rule 13. In the event that petitioner wishes to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254[1], the undersigned will direct the Clerk of Court to send him the form used in this district for a petition

---

[1] Under 28 U.S.C. § 2254, a federal court "shall entertain an application for a writ of habeas corpus ... only on the ground that [the applicant] is in custody in violation of the Constitution or the laws or treaties of the United States."

for writ of habeas corpus along with the form used in this district to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for extension of time to file a writ of certiorari (Dkt. No. 1) is denied as inapposite;

2. Petitioner's motion to proceed in forma pauperis (Dkt. No. 3) is dismissed without prejudice;

3. The Clerk of the Court is directed to send petitioner an Application to Proceed In Forma Pauperis By a Prisoner;

4. The Clerk of Court is directed to send petitioner the form used by this district for a petition for writ of habeas corpus;

5. Petitioner shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

6. Petitioner shall inform the court, within thirty days from the date of this order, whether he wishes to proceed with a petition for habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
dura0671.cert