IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH S. DURAN III,

      Petitioner,                    No. 2:13-cv-0671 CKD P

   vs.

UNKNOWN,

      Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has indicated that he does not intend to pursue a habeas corpus action at this time. (Dkt. No. 6.) The court interprets this as a request that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

        Petitioner has also requested that the court send back his original petition. While the court must retain the original case document, the Clerk of Court will be directed to send petitioner a copy of his petition as a one-time courtesy.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's request (Dkt. No. 6) is granted as follows: The Clerk of Court shall send petitioner a copy of the petition filed on April 15, 2013; and

/////

2. This action is dismissed.

Dated: April 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
dura0671.59